UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**CERTIFIED INTERIORS, INC.**, on behalf of itself and as a representative for all others who may be deemed beneficiaries of a certain trust created pursuant to Lien Law Article 3-A,

           **Plaintiff,**

-against-

**CALDWELL & WALSH BUILDING CONSTRUCTION INC., MICHAEL FERRONE** and **FRANK MORACE,**

           **Defendants.**

-----------------------------------------------------------------X

24-CV-04298 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed an amended complaint on October 17, 2024. ECF No. 25. Defendant Caldwell & Walsh Building Construction Inc. ("Caldwell") was served on October 29, 2024. ECF No. 32. Defendant Ferrone was served on November 8, 2024. ECF No. 35. To date, neither Defendant Caldwell nor Defendant Ferrone have appeared. Plaintiff is ORDERED to file a letter by December 11, 2024, indicating whether Plaintiff has had any contact with either Defendant Caldwell or Defendant Ferrone or whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgment.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   December 4, 2024
                New York, New York