UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 12/26/2024 _
```

CERTIFIED INTERIORS, INC., on behalf of itself
and as a representative for all others who may be
deemed beneficiaries of a certain trust created
pursuant to Lien Law Article 3-A,

                                        Plaintiff,

                    -against-

CALDWELL & WALSH BUILDING
CONSTRUCTION INC., MICHAEL FERRONE
and FRANK MORACE,

                                        Defendants.

--------------------------------------------------------------X

24-CV-04298 (DEH)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

On December 23, 2024, Plaintiff obtained a Certificate of Default from the Clerk of

Court as to Defendants Caldwell & Walsh Building Construction Inc. and Michael Ferrone. By

January 13, 2025, Plaintiff is ORDERED to file a motion for default before Honorable Dale E.

Ho, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). Plaintiff

is directed to review Judge Ho's Individual Rules and Practices in Civil Cases, available at

https://www.nysd.uscourts.gov/hon-dale-e-ho. Plaintiff is further ORDERED to serve a copy of

this Order upon Defendants, and to thereafter serve a copy of Plaintiff's motion for default.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            December 26, 2024