UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Certified Interiors, Inc. et al., <br><br>                         Plaintiffs, <br><br> v. <br><br> Caldwell & Walsh Building Construction Inc. et al., <br><br>                         Defendants. | 24-CV-4298 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference scheduled for **April 24, 2025, at 11:00 a.m. ET is RESCHEDULED to April 24, 2025 at 3:30 p.m. ET**. The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 262 487 053, followed by the pound (#) sign.

Plaintiff shall file proof of service on Defendants and proof of service of this Order via ECF.

SO ORDERED.

Dated: April 21, 2025
       New York, New York

                                                      DALE E. HO
                                            United States District Judge