```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CERTIFIED INTERIORS, INC., on behalf of itself and as a representative for all others who may be deemed beneficiaries of a certain trust created pursuant to Lien Law Article 3-A,

                Plaintiff,

-against-

CALDWELL & WALSH BUILDING CONSTRUCTION INC., MICHAEL FERRONE and FRANK MORACE,

                Defendants.

-----------------------------------------------------------------X

24-CV-04298 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On April 25, 2025, the Honorable Dale Ho referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages. Plaintiff has moved for default judgment as to Defendant Caldwell & Walsh Building Construction Inc. ("Caldwell") and Defendant Ferrone. ECF No. 52. Neither of these two Defendants have appeared in this case. Defendant Morace has appeared and answered Plaintiff's amended complaint. ECF No. 34. The Court will stay a damages inquest as to Defendants Caldwell and Ferrone to allow the claims against appearing Defendant Morace to resolve.

SO ORDERED.

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     April 29, 2025
              New York, New York